UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:24-CR-264-5FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| TELLYS BEST, | ) | |
| | ) | |
| Defendant | ) | |

THIS MATTER is before the Court on defendant's Motion to Continue Arraignment. For good cause shown, the motion is GRANTED and the arraignment in this matter is hereby continued to the term of court commencing on December 15, 2026.

It is further ordered that any delay that results from this extension is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED this the 9th day of November 2026.

Louise W. Flanagan
United States District Judge